**Eduard LORENZ, Plaintiff—Appellant,**

v.

**Gene M. JOHNSON, Deputy Director of Operations, Virginia Department of Corrections; Director, General Services Department, Office of Risk Management, Defendants—Appellees.**

No. 04–6011.

United States Court of Appeals, Fourth Circuit.

Submitted May 13, 2004.

Decided May 18, 2004.

Eduard Lorenz, Appellant pro se.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Eduard Lorenz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lorenz v. Johnson,* No. CA–03–626–AM (E.D. Va, filed Nov. 21, 2003; entered Nov. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*